UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHNNY DALLAS MAPLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:15-CV-00521 |
| ) | REEVES/SHIRLEY |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Order, the Report and Recommendation of the Magistrate Judge [R. 24] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED**, for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that the plaintiff's motion for summary judgment [R. 20] is **DENIED**; the Commissioner's motion for summary judgment [Doc. 22] is **GRANTED**; the Commissioner's decision in this case denying plaintiff's application for benefits under the Social Security Act is **AFFIRMED**; and this case is **DISMISSED**.

Enter:

/s/ Pamela L. Reeves
**UNITED STATES DISTRICT JUDGE**